UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES FAUCETT,

          Plaintiff,

v.

QUALFON DATA SERVICES GROUP, LLC,

          Defendant.

_____/

Case No. 2:24-cv-10418

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE

Plaintiff filed a notice of voluntary dismissal. ECF 3. "Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A) (alterations omitted). Because Defendant filed neither an answer nor a motion for summary judgment, dismissal under Rule 41 is proper. The Court will therefore dismiss the case without prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

          s/ Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: April 15, 2024

1